No. 656. SHEET METAL WORKERS INTERNATIONAL ASSOCIATION ET AL. *v.* SHEET METAL CONTRACTORS ASSOCIATION OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. *Clarence M. Mulholland* for petitioners. *George O. Bahrs* for respondents.

No. 577. CARMEN *v.* DICKSON, WARDEN. Petition for writ of certiorari to the Supreme Court of California denied without prejudice to an application for a writ of habeas corpus in an appropriate United States District Court. *Mason A. Bailey* and *George T. Davis* for petitioner.

No. 592. KLEIN *v.* UNITED STATES;
No. 593. HAAS *v.* UNITED STATES; and
No. 594. ALPRIN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications. *Theodore Kiendl, William R. Meagher, John A. Reed* and *Philip C. Potter, Jr.* for petitioner in No. 592. *Louis Bender* for petitioner in No. 593. *F. Joseph Donohue, Abraham S. Goldstein* and *Michael Kaminsky* for petitioner in No. 594. *Solicitor General Rankin, Assistant Attorney General Rice* and *Joseph F. Goetten* for the United States.

No. 212, Misc. ROKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Acting Assistant Attorney General McLean* and *Beatrice Rosenberg* for the United States.

No. 240, Misc. LUZZI *v.* BANMILLER, WARDEN. C. A. 3d Cir. Certiorari denied.